UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Noah McCourt,                                             Civ. No. 20-1116 (ECT/BRT)

       Plaintiff,

v.                                                   **ORDER ACCEPTING REPORT AND RECOMMENDATION**

Jennifer Carnahan and Minnesota
Republican Party of Minnesota,

       Defendant.

---

Magistrate Judge Becky R. Thorson issued a Report and Recommendation on August 5, 2020. ECF No. 6. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 6] is **ACCEPTED**.

2. Plaintiff's Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 24, 2020                      s/ Eric C. Tostrud
                                                          Eric C. Tostrud
                                                          United States District Court