# UNITED STATES DISTRICT COURT
## District of Minnesota

Noah J McCourt,

                 Plaintiff,

v.

Jennifer Carnahan, Minnesota Republican
Party of Minnesota,

                 Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 20-cv-1116 ECT/BRT

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1.      The Report and Recommendation [ECF No. 6] is **ACCEPTED**.

2.      Plaintiff's Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.

Date: 8/25/2020

KATE M. FOGARTY, CLERK